IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| TYRONE NUNN, SR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:10-cv-0507-TMH |
| ) | WO |
| CITY OF WEDOWEE POLICE DEPT., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on July 2, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on June 21, 2010 is adopted;

3. This case is DISMISSED without prejudice for failure of the plaintiff to pay the full filing fee upon the initiation of this case.

DONE this the 21st day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE